UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-1198 FWS (MRWx) | Date | February 1, 2023 |
|---|---|---|---|
| Title | Los Angeles Waterkeeper v. SSA Terminals | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | James Muñoz | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Plaintiff: | Attorneys for Defendant: |
| | n/a | n/a |

**Proceedings:**   ORDER TO SHOW CAUSE

    1.    The Court received a discovery motion from the parties in this environmental law action. (Docket # 48.) The motion is supported by over 500 pages of exhibits.

    2.    Notably, the declaration of Mr. Olsson (an attorney for the defense) has 483 pages of materials attached to it. (Docket # 48-3.) As best I could tell before my computer crashed, most of the pages consist of some lengthy permit related to the facility, plus items available on the docket of our Court. The materials are not highlighted or annotated in any meaningful way.

    3.    That violates my posted discovery procedures. According to those rules, "For any exhibit to any motion that is more than five pages in length, the parties must highlight the relevant portion of the material for the Court's review. Do not submit a large item in its entirety if an appropriate excerpt may properly present the relevant material." (Judge Wilner's procedures page at cacd.uscourts.gov.) The defense's submission doesn't come close to complying with my rule. More importantly, the mega-filing will prevent me from giving full consideration to the defense's position on the merits of the discovery dispute.[1]

    4.    Mr. Olsson is ordered to show cause why the Court should not strike the defense submission and grant the discovery motion in full. He may discharge this OSC by promptly revising and resubmitting the materials in a manner that complies with the posted requirements. Please do this by February 6.

---

    [1]    I note that Ms. Fox's hefty declaration itself covers nearly 50 pages of materials. I can't say yet whether the dozens of maps and photos are all directly relevant to the issue at hand, but the burden of wading through them is somewhat less burdensome.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 22-1198 FWS (MRWx) | Date | February 1, 2023 |
|---|---|---|---|
| Title | Los Angeles Waterkeeper v. SSA Terminals | | |

    5.    Due to calendar congestion, the hearing on the motion is moved to Friday, February 24, at 9:30 a.m. In-person attendance is required for any party arguing the motion. Others may attend by video upon request to the Clerk.