Christopher Sproul (State Bar No. 126398)
csproul@enviroadvocates.com
Brian Orion (State Bar No. 239460)
borion@enviroadvocates.com
Marla Fox (State Bar No. 349813)
mfox@enviroadvocates.com
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695

Attorneys for Plaintiff
LOS ANGELES WATERKEEPER
(Additional counsel listed on subsequent page)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER,<br><br>    Plaintiff,<br><br>v.<br><br>SSA Terminals, LLC; SSA Pacific, Inc.; Pacific Maritime Services, LLC; SSA Terminals (Pier A) LLC; City of Long Beach,<br><br>    Defendants. | Case No. 2:22-cv-01198-FWS-MRW<br><br>**NOTICE OF SETTLEMENT**<br><br>Date/Time: [No hearing date]<br>Location: Santa Ana, Courtroom 10D<br>Judge: Hon. Fred W. Slaughter<br>Discovery cutoff: May 13, 2024<br>Expert discovery cutoff: June 17, 2024<br>Pretrial Conference: Sept. 5, 2024<br>Trial Date: Oct. 8, 2024 |

1  Barak Kamelgard (State Bar No. 298822)
2  barak@LAWaterkeeper.org
3  Benjamin Avi Harris (State Bar No. 313193)
   ben@lawaterkeeper.org
4  LOS ANGELES WATERKEEPER
5  360 E. 2nd Street, Suite 250
   Los Angeles, California 90012
6  Telephone: (310) 394-6162

7  Attorneys for Plaintiff LOS ANGELES WATERKEEPER

Plaintiff Los Angeles Waterkeeper and Defendants SSA Terminals, LLC, SSA Pacific, Inc., Pacific Maritime Services, LLC, SSA Terminals (Pier A) LLC, and City of Long Beach have reached a final settlement of this action in the form of four proposed Consent Decrees for each of the four marine cargo terminals at issue in this case, attached hereto as **Exhibits 1, 2, 3 and 4**.

Plaintiff hereby lodges the proposed Consent Decrees with the Court. Plaintiff will respectfully requests that the Court take no action on the lodged proposed Consent Decrees at this time in order to allow for compliance with Section 505(c)(3) of the Clean Water Act, 33 U.S.C. § 1365(c)(3), which provides for a forty-five (45) day review period of the settlement by the United States Department of Justice ("DOJ") and the United States Environmental Protection Agency ("EPA"). Plaintiff will provide copies of the four lodged proposed Consent Decrees to DOJ and EPA for review in accordance with 40 C.F.R. § 135.5 following filing of this Notice of Settlement. Until the forty-five (45) day review period is complete, no action should be taken on the Consent Decrees.

At the expiration of the forty-five (45) day review period, Plaintiff will file a notice advising the Court as to any comments received by DOJ and EPA. If no adverse comments are received, then Plaintiff will move the Court to enter the Consent Decrees as final judgment, with the Court to retain jurisdiction over the action for the limited purpose of enforcement of the Consent Decrees. If there are comments received from DOJ or EPA adverse to the settlement, Plaintiff will inform the Court with the Parties' response and/or resolution of any such comments. Respectfully submitted,

Dated: February 27, 2024

*/s/ Marla Fox*
Marla Fox
ENVIRONMENTAL ADVOCATES
Attorney for Plaintiff Los Angeles Waterkeeper

NOTICE OF SETTLEMENT                                   Case No. 22-01198-FWS-MRW

1

Case 2:22-cv-01198-FWS-MRW   Document 114   Filed 02/27/24   Page 4 of 4   Page ID #:4653