Christopher Sproul (State Bar No. 126398)
csproul@enviroadvocates.com
Brian Orion (State Bar No. 239460)
borion@enviroadvocates.com
Marla Fox (State Bar No. 349813)
mfox@enviroadvocates.com
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695

Attorneys for Plaintiff
LOS ANGELES WATERKEEPER
(Additional counsel listed on subsequent page)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER,<br><br>             Plaintiff,<br><br>    v.<br><br>SSA Terminals, LLC; SSA Pacific, Inc.; Pacific Maritime Services, LLC; SSA Terminals (Pier A) LLC; City of Long Beach,<br><br>             Defendants. | Case No. 2:22-cv-01198-FWS-MRW<br><br>**REQUEST FOR ENTRY OF CONSENT DECREES**<br><br>Date/Time: [No hearing date]<br>Location: Santa Ana, Courtroom 10D<br>Judge: Hon. Fred W. Slaughter<br>Discovery cutoff: May 13, 2024<br>Expert discovery cutoff: June 17, 2024<br>Pretrial Conference: Sept. 5, 2024<br>Trial Date: Oct. 8, 2024 |

Barak Kamelgard (State Bar No. 298822)
barak@LAWaterkeeper.org
Benjamin Avi Harris (State Bar No. 313193)
ben@lawaterkeeper.org
LOS ANGELES WATERKEEPER
360 E. 2nd Street, Suite 250
Los Angeles, California 90012
Telephone: (310) 394-6162

Attorneys for Plaintiff LOS ANGELES WATERKEEPER

On February 27, 2024, Plaintiff Los Angeles Waterkeeper filed a Notice of Settlement (Dkt. 114) along with copies of four proposed Consent Decrees attached thereto as Exhibits 1, 2, 3, and 4 (*see* Dkts. 114-1, 114-2, 114-3, and 114-4).

In the Notice of Settlement, Plaintiff indicated that the proposed Consent Decrees were subject to review by the Department of Justice ("DOJ") and the United States Environmental Protection Agency ("EPA") under section 505(c)(3) of the Clean Water Act, 33 U.S.C. § 1365(c)(3), which provides for a forty-five (45) day review period.

On April 10, 2024, Plaintiff filed a Notice of Non-objection to Proposed Consent Decrees (Dkt. 116) that explained the parties had revised paragraph 9 of the proposed Consent Decrees in response to comments from DOJ, and that on April 10, 2024, Plaintiff received a letter from DOJ stating, *inter alia*, that "the United States has no objection to the proposed consent judgments." (Dkt. 116-1).

The revised, fully executed proposed Consent Decrees are attached hereto as **Exhibits 1, 2, 3, and 4**. Because Plaintiff has received confirmation that the United States does not object to the proposed Consent Decrees and the forty-five (45) day statutory review period expires today, April 12, 2024, Plaintiff hereby requests that this Court enter the four revised Consent Decrees as final judgment, with the Court to retain jurisdiction over the action for the limited purpose of enforcement of the Consent Decrees.

Respectfully submitted,

Dated: April 12, 2024

> */s/ Marla Fox*
> Marla Fox
> ENVIRONMENTAL ADVOCATES
> Attorney for Plaintiff Los Angeles Waterkeeper

REQUEST FOR ENTRY OF CONSENT DECREES                    Case No. 22-01198-FWS-MRW